IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD R. MALLINI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 10-0130-CG-C |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| INDUSTRIAL RELATIONS and | ) | |
| THOMAS SURTEES, Director, | ) | |
| | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendants, Alabama Department of Industrial Relations and Thomas Surtees, and against plaintiff, Richard R. Mallini. Therefore, plaintiff's claims against the aforementioned defendants are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 18th day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE